GREENBERG TRAURIG, LLP
Cory Mitchell Gray
500 Campus Drive, Suit 400
Florham Park, New Jersey 07932
Tel: 973.360.7900
Fax: 973.301.8410

--and--

WEINGARTEN LAW FIRM, LLC
Sheryl Weingarten Morris, Esq.
Douglas K. Wolfson, Esq.
1260 Stelton Road
Piscataway, New Jersey 08854
732-393-0048
Attorneys for Plaintiff
Boardwalk 1000, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOARDWALK 1000, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>STAR LIGHT EVENTS, LLC d/b/a SCORES GENTLEMEN'S CLUB,<br><br>    Defendant. | Civil Action No.:<br>1:17-CV-07202-RMB-AMD |

### SO-ORDERED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that the within action, including each counterclaim asserted herein, is dismissed without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(2).

Dated: February 21st, 2018

SO ORDERED:

_____
Hon. Renee M. Bumb, U.S.D.J.

Consented and Agreed:

| | |
|---|---|
| GREENBERG TRAURIG, LLP | BRYAN CAVE LLP |
| By: _____<br>　　　Cory Mitchell Gray | By: _____<br>　　　Courtney J. Peterson |
| *Attorneys for Plaintiff*<br>*Boardwalk 1000, LLC* | *Attorneys for Defendant*<br>*Star Light Events, LLC d/b/a*<br>*Gentlemen's Club* |

Dated: February 21, 2018